**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jlee@maclaw.com
   *Attorneys for Nye County, Sheriff Sharon*
   *Wehrly, Under Sheriff Brent Moody,*
   *Lieutenant Michael Eisenloffel, Sergeant*
   *Corey Fowles, Deputy James Brainard,*
   *and Deputy Richard Deutch*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOLLY RIGGS, an individual, ELISE RIGGS, a minor by her guardian, and JAKOB RIGGS, a minor by his guardian,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NYE COUNTY, NEVADA, a political subdivision of the State of Nevada; SHERIFF SHARON WEHRLY; UNDER SHERIFF BRENT MOODY; LIEUTENANT MICHAEL EISENLOFFEL; LIEUTENANT DAVID BORUCHOWITZ; SERGEANT COREY FOWLES; Deputy JAMES BRAINARD; DEPUTY RICHARD DEUTCH; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.:　　2:17-cv-02627-APG-VCF<br><br>**STIPULATION AND ORDER<br>DISMISSING JAMES BRAINARD FROM<br>ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between, Plaintiff, Holly Riggs, an individual; Elise Riggs, a minor by her guardian; and Jakob Riggs, a minor by his guardian ("Plaintiff"), by and through their counsel of record, the Gibson Law Group; and Defendant, Deputy James Brainard, by and through his counsel of record, the law firm of Marquis Aurbach Coffing:

　　　　1.　　The claims asserted against James Brainard in above-reference action are dismissed with prejudice; and

2. Each party shall bear his/its own costs and attorney's fees incurred in this action;

Dated this 11th day of April, 2018

THE GIBSON LAW GROUP

By: /s/ Thomas J. Gibson
    Thomas J. Gibson, Esq.
    Nevada Bar No. 003995
    2340 East Calvada Blvd., Suite 5
    Pahrump, Nevada 89048
    *Attorneys for Plaintiff*

Dated this 11th day of April, 2018

MARQUIS AURBACH COFFING

By: /s/ Jonathan B. Lee
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jonathan B. Lee, Esq.
    Nevada Bar No. 13524
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for James Brainard*

## ORDER

IT IS SO ORDERED.

Dated: April 11, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectively submitted by:

MARQUIS AURBACH COFFING

By: /s/ Jonathan B. Lee
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jonathan B. Lee, Esq.
    Nevada Bar No. 13524
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for James Brainard*