Philip Goodhart, Esq.
Nevada Bar No. 5332
Vincent M. Godinho, Esq.
Nevada Bar No. 14205
png@thorndal.com
vmg@thorndal.com
**Thorndal Armstrong Delk
 Balkenbush & Eisinger**
1100 East Bridger Avenue
Las Vegas, Nevada 89101-5315
  Mail to:
  P.O. Box 2070
  Las Vegas, Nevada 89125-2070
Tel:   (702) 366-0622
Fax:   (702) 366-0327

*Attorneys for Defendant, David Boruchowitz*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVAD A

| | |
|---|---|
| HOLLY RIGGS, an individual, ELISE RIGGS, a minor by her guardian, and JAKOB RIGGS, a minor by his guardian, <br><br> Plaintiff, <br><br> vs. <br><br> NYE COUNTY, NEVADA, a political subdivision of the State of Nevada; SHERIFF SHARON WEHRLY; UNDER SHERIFF BRENT MOODY; LIEUTENANT MICHAEL EISENLOFFEL; LIEUTENANT DAVID BORUCHOWITZ; SERGEANT COREY FOWLES; Deputy JAMES BRAINARD; DEPUTY RICHARD DEUTCH; and DOES 1-10, <br><br> Defendants. | CASE NO. 2:17-cv-02627-APG-VCF <br><br> **DEFENDANT LIEUTENANT DAVID BORUCHOWITZ' STIPLATION AND ORDER TO DISMISS** |

COMES NOW Defendant, LIEUTENANT DAVID BORUCHOWITZ (hereinafter, "Boruchowitz"), by and through his counsel of record, PHILIP GOODHART, ESQ. and VINCENT M. GODINHO, ESQ., of the law firm of THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER and Plaintiff, HOLLY RIGGS, ELISE RIGGS AND JAKOB RIGGS, by and through their attorney, THOMAS GIBSON, ESQ. of the law firm of GIBSON



LAW GROUP, and hereby stipulate that only the claims against Defendant Lieutenant David Boruchowitz, shall be dismissed with prejudice, with each side to bear their own costs and attorney's fees.

DATED this 12th day of April, 2018.

| **THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER** | **GIBSON LAW GROUP, PLLP** |
|---|---|
| */s/ Philip Goodhart* _____<br>PHILIP GOODHART, ESQ.<br>Nevada Bar No. 5332<br>VINCENT M. GODINHO, ESQ.<br>Nevada Bar No. 14205<br>P.O. Box 2070<br>Las Vegas, Nevada 89125-2070<br>*Attorneys for Defendant, David Boruchowitz* | */s/ Thomas Gibson* _____<br>THOMAS J. GIBSON, ESQ.<br>Nevada Bar No. 003995<br>GIBSON LAW GROUP, PLLP<br>2340 East Calvada Blvd., Suite 5<br>Pahrump, Nevada 89048<br>*Attorneys for Plaintiff* |

## **ORDER**

IT IS SO ORDERED.

Dated: April 12, 2018.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*

**THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER**

*/s/ Philip Goodhart* _____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
VINCENT M. GODINHO, ESQ.
Nevada Bar No. 14205
P.O. Box 2070
Las Vegas, Nevada 89125-2070
*Attorneys for Defendant, David Boruchowitz*

