# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HOLLY RIGGS, *et al.*, <br><br> Plaintiffs, <br><br>vs. <br><br>NYE COUNTY, NEVADA, *et al.*, <br><br> Defendants. | 2:17-cv-02627-APG-VCF <br><br>**ORDER** |

Before the Court is Plaintiffs Motion to Extend Scheduled Deadlines (ECF No. 28).

Defendants filed a Notice of Non-Opposition to Motion to Extend Scheduled Deadlines (ECF NO. 34).

Accordingly,

IT IS HEREBY ORDERED that Plaintiffs Motion to Extend Scheduled Deadlines (ECF No. 28) is GRANTED and the following deadlines apply:

| | |
|---|---|
| Discovery cut-off | May 21, 2018 |
| Amend Pleadings | closed |
| Expert Witness Disclosures | closed |
| Rebuttal Expert Disclosures | closed |
| Dispositive Motion | June 20, 2018 |
| Joint Pretrial Order | July 20, 2018 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this 4th day of May, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE